ROBERT FLAHERTY, Appellant, *v.* CLARENCE CARY et al.,
Respondents.

*Flaherty* v. *Cary,* 62 App. Div. 116, affirmed.
(Argued April 9, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
22, 1901, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a Trial
Term.

*Paul Armitage* and *Archibald Douglas* for appellant.

*Willard Parker Butler* and *Edwin T. Rice, Jr.,* for
respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

REGINA GROSSMAYER, Respondent, *v.* DISTRICT No. 1, INDE-
PENDENT ORDER OF BENAI BERITH, Appellant.

*Grossmayer* v. *District No. 1, Benai Berith,* 70 App. Div. 90, affirmed.
(Argued April 9, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 28, 1902, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court.

*Simon W. Rosendale* and *Simon M. Roeder* for appellant.

*Alexander Blumenstiel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.